evidence taken upon the trial, that fact should be made to appear and the reason stated. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of the Long Island Railroad Company and Another for the Construction of an Electric Railroad on Portions of Atlantic Avenue in the Borough of Brooklyn, etc.— Application granted, newspapers designated and order signed. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

In the Matter of the Application by Anton Schmid for the Revocation of Letters of Administration Issued to Johanna Ilg on the Goods, Chattels and Credits of Louise Sprathoff, Deceased.— Motion for a preference denied. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Moses Morris Wiseman for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ.

Gertrude Muller, as Administratrix, etc., of Henry Muller, Deceased, Respondent, v. Oakes Manufacturing Company, Appellant.— Motion denied. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Thomas Wise, Respondent, v. Catholic Women's Benevolent Legion, Appellant.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Gustave Wolff, Appellant, v. Peter Roth and Samuel Rudner, Respondents.— Motion to compel filing of the return granted. If it is impossible to procure a copy of the evidence taken upon the trial, that fact should be made to appear and the reason stated. Present — Hirschberg, P. J,, Woodward, Gaynor, Rich and Miller, JJ.

The American Cereal Company, Respondent, v. Henry Scherl, Appellant.— Order herein made on the 4th day of June, 1906, modified so far as to permit the appellant to perfect his appeal and to place the case on the next calendar of this court for argument. In the event of failure so to do, motion denied, with costs. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Edward W. Brown and James W. Shaw, Respondents, v. Retsof Mining Company, Appellant.— Motion denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Eugene J. Cantin, Respondent, v. Louis de M. Cantin, Appellant. (No. 1.)— Motion to dismiss appeal granted, unless appeal is perfected within fifteen days, case to be placed at the foot of the September calendar. On compliance, motion denied. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller; JJ.

Eugene J. Cantin, Respondent, v. Louis de M. Cantin, Appellant. (No. 2.)— Motion to dismiss appeal granted unless appeal is perfected within fifteen days, case to be placed at the foot of the September calendar. On compliance, motion denied. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Juan M. Ceballos and Others, Respondents, v. Munson Steamship Line, Appellant.— Motion granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

John T. Dougherty, Appellant, v. Alexander J. McCollum, Respondent.— Motion to dismiss appeal granted, with costs, unless the appellant pay the respondent ten dollars costs within ten days and perfect the appeal so that the case may be placed on the next calendar of this court. On compliance with these terms, the motion to dismiss the appeal is denied, without costs. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Morris Friedman, Appellant, v. Columbia Machine Works and Malleable Iron Company, Respondent.— Motion denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Eliza Gutlin, Respondent, v. Herman Gutlin, Appellant.— Motion to dismiss appeal granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

In the Matter of Appointing a Trustee under the Last Will and Testament of Mary L. Kirby, Deceased.— Motion granted; order to be resettled by Rich, J. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

In the Matter of the Application of Moses Littleton for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ.